IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DEE DEIDRE FARMER, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GLR-24-1885 |
| STATE OF MARYLAND, ET AL., | * | |
| Defendant. | * | |
| | * | |

\*\*\*

# ORDER

Pending before the Court is Defendant State of Maryland's Motion to Dismiss (ECF No. 9). No hearing is necessary. See Local Rule 105.6 (D.Md. 2023). For the reasons set forth below, the Court will grant the State's Motion as unopposed.

Dee Deidre Farmer filed a Complaint on June 27, 2024, against the Department of Juvenile Services and the State of Maryland. (ECF No. 1). In the Complaint, Farmer alleges being subject to widespread sexual misconduct in the state's juvenile detention system that occurred unchecked by relevant authority. (Compl. ¶¶ 1–7, ECF No. 1). On October 17, 2024, the State filed the instant Motion to Dismiss for lack of subject-matter jurisdiction. (State's Mem. Supp. Mot. Dismiss at 1, ECF No. 9). Famer's Opposition was due on or before October 31, 2024. See Local Rule 105.2a (D.Md. 2023). To date, the Court has not received an Opposition from Farmer. Because the Court finds the State's unopposed Motion meritorious and well-founded, the Motion to Dismiss will be granted.

Accordingly, it is this 18th day of February, 2025, by the United States District Court for the District of Maryland, hereby:

ORDERED that the State's Motion to Dismiss (ECF No. 9) is GRANTED;

IT IS FURTHER ORDERED that the Complaint (ECF No. 1) is DISMISSED without prejudice;

IT IS FURTHER ORDERED that the Clerk shall MAIL a copy of this Order to Farmer;

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to all counsel of record; and

IT IS FURTHER ORDERED that the Clerk shall CLOSE this case.

/s/
George L. Russell, III
Chief United States District Judge